**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-6422

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

      v.

LYNVAL KERRIS ANDERSON, JR., a/k/a Peter, a/k/a Lynval Kerris,
a/k/a Amxmill Kerris, a/k/a Michael Reid, a/k/a Jamaican Pete,
a/k/a Joseph Anderson,

                Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Henry Coke Morgan, Jr.,
Senior District Judge. (2:98-cr-00143-HCM-1)

Submitted: June 21, 2012           Decided: June 26, 2012

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lynval Kerris Anderson, Jr., Appellant Pro Se. Laura Pellatiro
Tayman, Assistant United States Attorney, Newport News,
Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lynval Kerris Anderson, Jr. appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. United States v. Anderson, No. 2:98-cr-00143-HCM-1 (E.D. Va. filed Jan. 18, 2012 & entered Jan. 19, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED